UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DARLENE WHALEY,
an individual

       Plaintiff,

                                        CASE NO: 5:12-cv-00279-JMH

vs.

KENTUCKY DISTILLERS' ASSOCIATION,

Defendant.
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

       COMES NOW the Plaintiff, Darlene Whaley, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Kentucky Distillers' Association, without prejudice, as the complaint has been amended to name Four Roses Distillery, LLC; Beam, Inc.; Maker's Mark Distillery, Inc.; Skyy Spirits, LLC.; and Brown-Foreman, Corp. as the proper party Defendants.

       Dated this, the 12th day of October, 2012.

                                 Respectfully submitted,

                                 /s/ Edward I. Zwilling_____
                                 Edward I. Zwilling, Esq.
                                 Ala. Bar No. ASB-1564-L54E

**<u>OF COUNSEL</u>**:

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone:  (205) 822-2701
Facsimile:   (205) 822-2702
Email: ezwilling@szalaw.com

**Local Counsel:**
Jerry N Higgins, Esquire
Law Office of Jerry N. Higgins, PLLC
Kentucky Bar: 90310
3426 Paoli Pike
Floyds Knobs, IN  47119
(502) 625-3065-Telephone
(502) 625-7264-Facsimile
Email: jnh@jerryhiginslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Law Office of Jerry N. Higgins, PLLC, 3426 Paoli Pike, Floyds Knobs, IN 47119.

/s/ Edward I. Zwilling
OF COUNSEL