UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

DARLENE WHALEY,

    Plaintiff,

V.                                CASE NO.: 5:12-CV-279-JMH

SKYY SPIRITS, LLC,

    Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL OF SKYY SPIRITS, LLC**

COMES NOW the Plaintiff, Darlene Whaley, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Skyy Spirits, LLC, with prejudice, as Plaintiff and Defendant Skyy Spirits, LLC have amicably resolved this matter.  Plaintiff requests that this Court retain jurisdiction as to Defendant Skyy Spirits, LLC for purposes of enforcing the settlement agreement entered into between the parties.

Dated this the 14th day of January 2013.

                                              Respectfully submitted,

                                              */s/ Edward I. Zwilling*
                                              Edward I. Zwilling, Esq.
                                              *Counsel for Plaintiff*
                                              Schwartz Roller & Zwilling
                                              600 Vestavia Parkway, Suite 251
                                              Birmingham, Alabama 35216
                                              Telephone:  (205) 822-2701
                                              Email: ezwilling@szalaw.com

                                              Jerry N. Higgins, Esq.
                                              Law Office of Jerry N. Higgins, PLLC
                                              *Counsel for Plaintiff*
                                              3426 Paoli Pike

Floyds Knob, IN 47119
jnh@jerryhigginslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to

Ashley W. Ward, Esq.
Stites & Harbison, PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507-1758
*Counsel for Brown-Forman Corporation
and Four Roses, Inc.*

Richard G. Griffith, Esq.
Elizabeth S. Muyskens, Esq.
Stoll Keenon Ogden, PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
*Counsel for Beam, Inc. and Makers Mark Distillery, Inc.*

I further certify that I mailed the foregoing document and notice of electronic filing by US Mail to the following party who has not yet filed a responsive pleading:

Skyy Spirits, LLC
Registered Agent – Katrina Egbert
1417 Versailles Road
Lawrenceburg, KY 403042

/s/ Edward I. Zwilling
OF COUNSEL
*Counsel for Plaintiff*