Eastern District of Kentucky
**F I L E D**

DEC - 2 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:12-cv-00279-JMH

*Electronically filed*

DARLENE WHALEY     PLAINTIFF

V.

BEAM INC. and MAKER'S MARK
DISTILLERY, INC.     DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the Plaintiff and Defendant Maker's Mark Distillery, Inc., and the Court being sufficiently advised and having considered same,

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted in the foregoing action against Maker's Mark Distillery, Inc. are DISMISSED WITH PREJUDICE, with the parties bearing their own costs and attorneys' fees.

This the ___2d___ day of ___December___, 2013.

_____
JUDGE, U.S. DISTRICT COURT

**AGREED TO; TO BE ENTERED:**

/s/ Edward I. Zwilling  (w/permission)
Edward I. Zwilling, Esq.
Schwartz Roller & Zwilling, LLP
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Email: ezwilling@szalaw.com

-and-

Jerry N. Higgins, Esq.
Law Office of Jerry N. Higgins, PLLC
3426 Paoli Pike
Floyd Knobs, IN 47119
Email: jnh@jerryhigginslaw.com

COUNSEL FOR PLAINTIFF

/s/ Richard G. Griffith
Richard G. Griffith
Elizabeth S. Muyskens
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY  40507-1801
Telephone:  (859) 231-3000
Fax:  (859) 253-1093
E-mail:  rick.griffith@skofirm.com
         elizabeth.muyskens@skofirm.com

COUNSEL FOR DEFENDANTS BEAM INC.
and MAKER'S MARK DISTILLERY, INC.

103380.144861/4157409.1