Eastern District of Kentucky
**FILED**

DEC - 2 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:12-cv-00279-JMH

*Electronically filed*

| | |
|---|---|
| **DARLENE WHALEY** | **PLAINTIFF** |
| V. | |
| **BEAM INC. and MAKER'S MARK DISTILLERY, INC.** | **DEFENDANTS** |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the Plaintiff and Defendant Beam Inc., and the Court being sufficiently advised and having considered same,

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted in the foregoing action against Beam Inc. are DISMISSED WITH PREJUDICE, with the parties bearing their own costs and attorneys' fees.

This the _2d_ day of _December_, 2013.

_____
JUDGE, U.S. DISTRICT COURT

**AGREED TO; TO BE ENTERED:**

/s/ Edward I. Zwilling  (w/permission)
Edward I. Zwilling, Esq.
Schwartz Roller & Zwilling, LLP
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Email: ezwilling@szalaw.com

-and-

Jerry N. Higgins, Esq.
Law Office of Jerry N. Higgins, PLLC
3426 Paoli Pike
Floyd Knobs, IN 47119
Email: jnh@jerryhigginslaw.com

COUNSEL FOR PLAINTIFF

/s/ Richard G. Griffith
Richard G. Griffith
Elizabeth S. Muyskens
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY  40507-1801
Telephone:  (859) 231-3000
Fax:  (859) 253-1093
E-mail:  rick.griffith@skofirm.com
              elizabeth.muyskens@skofirm.com

COUNSEL FOR DEFENDANTS BEAM INC.
and MAKER'S MARK DISTILLERY, INC.